**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1184

SALAME M. AMR,

          Plaintiff - Appellant,

     v.

VIRGINIA STATE UNIVERSITY; EDDIE N. MOORE, JR.; NASSER
RASHIDI; LARRY C. BROWN; KEITH M. WILLIAMSON,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:07-cv-00628-REP)

Submitted:  July 15, 2009          Decided:  August 6, 2009

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Salame M. Amr, Appellant Pro Se. Gregory Clayton Fleming, Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Amr v. Virginia State Univ., No. 3:07-cv-00628-REP (E.D. Va. Jan. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2